# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SARAH GLICKERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:16-cv-00039 |
| ) | **JURY DEMANDED** |
| HOME DEPOT U.S.A., INC., ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL

Plaintiff, Sarah Glickert and the Defendant, Home Depot U.S.A., Inc., by and through their respective counsel, have settled and resolved all claims asserted by, among, and between them. Accordingly, the Parties having agreed and the Court being in all ways sufficiently advised and informed, it is ORDERED that Plaintiff's claims against Defendant be, and hereby are, DISMISSED with prejudice. Each party is to bear their own costs and expenses.

This the _____ day of _____, 2016.

_____
TODD J. CAMPBELL
Unites States District Judge

**APPROVED FOR ENTRY:**

**GILBERT RUSSELL McWHERTER
SCOTT BOBBITT, PLC**

s/ Jonathan L. Bobbitt
JONATHAN L. BOBBITT (23515)
jbobbitt@gilbertfirm.com
EMILY S. EMMONS (33281)

eemmons@gilbertfirm.com
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
Telephone: (615) 354-1144
Facsimile: (731) 664-1540

JUSTIN S. GILBERT #017079
jgilbert@gilbertfirm.com
100 W. Martin Luther King Blvd., Suite 504
Chattanooga, TN 37402
Telephone: 423.499.3044
Facsimile: 731.664.1540

*Attorneys for Plaintiff*

**OGLETREE DEAKINS NASH
SMOAK & STEWART, P.C**

s/ Keith D. Frazier
*by Jonathan Bobbitt with permission*
KEITH D. FRAZIER #012413
keith.frazier@ogletreedeakins.com
THOMAS W. WHITWORTH #029581
tom.whitworth@ogletreedeakins.com
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615.254.1900
Facsimile: 615.254.1908

*Attorneys for Defendant*